**FILED**

AUG 2 8 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LLOYD BELL,                                :
                                           :
       Plaintiff,                          :
v.                                         :       Civil Action No. 09-1454 (UNA)
                                           :
STANWOOD DUVAL,                            :
                                           :
       Defendant.                          :

## MEMORANDUM OPINION

It appears that The Hon. Stanwood J. Duval, Jr., United States District Judge for the Eastern District of Louisiana, has ordered plaintiff's commitment to the custody of the Attorney General for the purpose of psychiatric and psychological examination to determine his competency to stand trial in a pending criminal matter. *See* Compl. at 2-3 & Attach. Plaintiff alleges that Judge Duval "knows that . . . plaintiff is compentent to stand trial," and, accordingly, that the commitment order is invalid. *Id.* at 3. He demands "restitutional punishment money" in the amount of $2 million. *Id.* at 4.

Judge Duval enjoys absolute immunity from liability for damages for acts committed within his judicial jurisdiction. *See Mirales v. Waco*, 502 U.S. 9 (1991); *Forrester v. White*, 484 U.S. 219 (1988); *Bradley v. Fisher*, 13 Wall. 335, 20 L.Ed. 646 (1872). Accordingly, the Court will dismiss this action with prejudice. *See* 28 U.S.C. §§ 1915(e)(2)(B)(iii), 1915A(b)(2).

An Order consistent with this Memorandum is issued separately on this same date.

_____
United States District Judge

Date: 8/27/09